FILED 2 JUN '22 10:47USDC-ORP

Froylan Sanchez
Reg# 22736-308          United States District Court
FCI Sheridan            The District of Oregon
P.O Box 5000
Sheridan OR, 97378                    3:22-cv-00813-AA

2241 Writ of Habeas Corpus
Complaint for Inhuman
Treatment and no Health
Care

Froylan Sanchez
   Petitioner
        V

DeWayne Hendrix, Warden
FCI Sheridan
   Defendants

I Froylan Sanchez would like to file a Civil Right Action.
In the District of Oregon against DeWayne Hendrix, Warden
and FCI Sheridan for Inhuman Treatment and no Health
Care. DeWayne Hendrix and the Medical Department
created a Serious Risk of Harm to my Health and my
Citizen's Constitutional Right were Violated to received
Medical

①

I have been submitting Cop-Out and E-mail
to Health Service with no response. I have been
suffering excruciating pain for months and it keep
me from sleeping at nigths

Respectfully
Froylan Sanchez
x ___ S F.
# 22736-308

Froylan Sanchez
FCI Sheridan
P.O Box 5000
Sheridan OR, 97378

2