FILED 19 AUG '22 10:50 USDC-ORE

Froylan Sanchez
Reg# 22736-308     United States District Court
FCI Sheridan     District of Oregon
P.O Box 5000
Sheridan OR, 97378     Case# 3:22-CV-00813-AA

Froylan Sanchez     Amended Complaint
     Plaintiff

          V

DeWayne Hendrix, Warden
FCI Sheridan
     Defendants

I Froylan Sanchez am filing this Amended
Complaint with the United States District
Court in the District of Oregon. Under The
Eighth Amendment's prohibition against
Cruel and Unusual punishment and no
Medical Treatment. DeWayne Hendrix and the
Medical Department created a Serious Risk
of Harm to my Health and my Citizen's
Constitutional Rights were Violated to
received Adequate Medical Care.

①

For over two years I have been under real Dangerous Conditions lock in my cell and only getting out for 15 minutes to take a shower. I am asking the court for relief because of Hardship and mental agony. I have been suffering from my Serious Medical Conditions. I have been submitting Cop-Outs to the medical Department with no response I have ask DeWayne Hendrix, Warden for his help with no response. Their is only one Provider Dr Grasley Andrew for over 1200 inmates. I have sent E-mails to DeWayne Hendrix and he dont response to my E-mails. The medical staff comes to the unit and I ask them for help and they say that they can't help me and they tell me to keep submitting Cop-Outs. I need back surgery and Dr Grasley Andrew dose not response to my Cop-Outs and my lower back pain is getting worse and I can't lift large objects and I lost the ability work. I been trying to get some Dental work done for over six months. On August 9-2022 I was call to the Dental. Just to tell me I had to wait 30 months to get x-ray and a extraction

②

## Conclusion

I am asking these Honorable Judge for relief because of the Cruel and Unusual Punishment and the Inhumane Treatment and no Health Care that I have been going through for over a year. I have E-mail DeWayne Hendrix, Warden asking him to please help me get some Medical Treatment for fracture Back and with the Dental Department that won't help me. I am Submitting Medical Records and E-mails that I Submitted with no response.

Exhibits, from A thur Q

Respectfully
Froylan Sanchez

x *SANZ F.*
# 22736-308

Froylan Sanchez
Reg# 22736-308
F.C.I Sheridan
P.O Box 5000
Sheridan OR, 97378

③